■ JAMES OUBRE, Individually and as Father and Natural Guardian of SARAH OUBRE, an Infant, Appellant, v ROBERT E. CARPENTER et al., Respondents, et al., Defendants. (Appeal No. 2.) [662 NYS2d 284] —Judgment unanimously affirmed without costs. Same Memorandum as in *Oubre v Carpenter* (241 AD2d 964 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Gossel, J.—Negligence.) Present—Green, J. P., Pine, Lawton, Boehm and Fallon, JJ.

■ TOWN OF BENNINGTON, Respondent, v GARY W. GEORGE, Doing Business as 77 CONSTRUCTION COMPANY, Appellant. [662 NYS2d 281] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Griffith, J. (Appeal from Judgment of Supreme Court, Wyoming County, Griffith, J.—Injunction.) Present—Green, J. P., Pine, Lawton, Boehm and Fallon, JJ.